# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 28, 2010

Lyle W. Cayce
Clerk

No. 10-10038
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ARNULFO GASPAR MORALES-PEREZ, also known as Rey Morales,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:09-CR-35-1

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Arnulfo Gaspar Morales-Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Morales-Perez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.